UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 21-6104 CAS (KS)                                        Date: October 8, 2021

Title         *Sarah Schwab Kinney v. Kilolo Kijakazi*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:           Attorneys Present for Defendant:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COMMISSIONER'S DECISION SHOULD NOT BE REVERSED AND REMANDED DUE TO DEFENDANT'S FAILURE TO APPEAR**

On July 28, 2021, Plaintiff, proceeding *in forma pauperis* and with counsel, filed a Complaint seeking review of a decision by the Commissioner of the Social Security Administration pursuant to 42 U.S.C. § 405(g). (Dkt. No. 1.) On August 3, 2021, the Court issued its scheduling order concerning procedures in a social security appeal. (Dkt. No. 9.) That Order directed Plaintiff to file a proof of service within 30 days, *i.e.*, no later than September 2, 2021, and the Commissioner to file either a consent to proceed before the assigned magistrate judge or a notice of appearance within 30 days of service of the action. (*Id.*)

On August 17, 2021, Plaintiff filed a proof of service indicating that, on August 9, 2021, counsel had mailed the summons and a copy of the complaint by certified mail to the following: Office of the Regional Chief Counsel, Region IX, Social Security Administration; the Attorney General of the United States; and the Civil Process Clerk for the U.S. Attorney of the Central District of California. (Dkt. No. 10.) Counsel attached as exhibits the certified mail receipts and a copy of a tracking report indicating that the items were delivered to the California recipients on August 11, 2021 and to the Attorney General in Washington, DC on August 16, 2021. (Dkt. Nos. 10-1, 10-2.) However, to-date, Defendant has failed to file a notice of appearance or consent.

Nearly a month has passed since Defendant's deadline for filing a notice of appearance or consent and Defendant has failed to file either one—or otherwise communicate with the Court about this case. **Accordingly, IT IS HEREBY ORDERED that, no later than October 29, 2021, Defendant shall SHOW CAUSE why the Court should not recommend that the**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-6104 CAS (KS)                                             Date: October 8, 2021

Title      <u>Sarah Schwab Kinney v. Kilolo Kijakazi</u>

**Commissioner's decision in this action should not be immediately reversed and the matter remanded** for further consideration.  To discharge this Order to Show Cause, Defendant shall file <u>one</u> of the following no later than the October 29, 2021 deadline:

   (1) A notice of appearance;
   (2) Consent to proceed before the assigned magistrate judge; or
   (3) A stipulation for remand.

   Defendant's failure to timely comply with this Order may result in a recommendation of immediate reversal and remand for further consideration.

   **IT IS SO ORDERED.**

                                                                                    :
                                                     **Initials of Preparer**   gr